**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| CATLIN SPECIALTY INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | CIVIL ACTION NO. |
| v. | * * | 12-00296-CB-M |
| SELEBRA PHILON, Individually, and d/b/a SELEBRA'S SPORTS BAR, and MARKETHIA HILL, as Administratrix Of the Estate of Brandarius D. Hill, deceased, | * * * * * * | |
| Defendant. | * * | |

**ORDER**

On August 13, 2012, the Court entered an order (Doc. 20) directing Defendant Selebra Philon to file a motion to set aside the default previously entered against her. The Court warned the Defendant that her post-default answer would be stricken if she failed to demonstrate good cause. Because the deadline for filing has passed and Plaintiff has failed to respond to the Court's order, the Defendant's answer (Doc. 19) is hereby **STRICKEN**.

**DONE** and **ORDERED** this the 10th day of September, 2012.

             **s/***Charles R. Butler, Jr.*
             **Senior United States District Judge**